**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY & COUNTY OF SAN FRANCISCO,

        Plaintiff(s),

  v.

ATLANTIC RICHFIELD CO., ET AL.,

        Defendant(s).

_____/

No. C-97-2965 MMC (JCS)

**NOTICE AND ORDER
SETTING FURTHER
SETTLEMENT CONFERENCE**

(E-FILING CASE)

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a Further Settlement Conference **with Plaintiff and Defendants Lockheed Martin Corporation and Airport Group International, Inc.** is scheduled for **July 18, 2005, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

    Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

    The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

    IT IS SO ORDERED.

Dated:  June 16, 2005

                       /s/ Joseph C. Spero
                      _____
                      JOSEPH C. SPERO
                      United States Magistrate Judge