UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY & COUNTY OF SAN FRANCISCO,<br><br>  Plaintiff(s),<br><br>  v.<br><br>ATLANTIC RICHFIELD CO., ET AL.,<br><br>  Defendant(s).<br>_____/ | No. C-97-2965 MMC (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**<br><br>(E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference **with Plaintiff, Defendant Aircraft Services International, and Non-Party Viad Corporation** is scheduled for **July 11, 2005, at 1:30 p.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. These parties and the non-party are ORDERED to attend the Further Settlement Conference through lead trial counsel and their client representatives who have UNLIMITED authority to negotiate and settle the case.

Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: June 17, 2005

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge