**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY & COUNTY OF SAN FRANCISCO,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ATLANTIC RICHFIELD CO., ET AL.,<br><br>      Defendant(s).<br>_____/ | No. C-97-2965 MMC (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**<br><br>(E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

     You are hereby notified that a Further Settlement Conference **with Plaintiff, Defendant Aircraft Services International, and Non-Party Viad Corporation** is scheduled for **September 7, 2005, at 1:30 p.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. These parties and the non-party are ORDERED to attend the Further Settlement Conference through personal appearances by lead trial counsel and their chief executive officers.

     Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

     IT IS SO ORDERED.

Dated: July 25, 2005

                                            /s/ Joseph C. Spero
                                          JOSEPH C. SPERO
                                          United States Magistrate Judge