United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY & COUNTY OF SAN FRANCISCO,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ATLANTIC RICHFIELD CO., ET AL.,<br><br>       Defendant(s).<br>_____/ | No. C-97-2965 MMC (JCS)<br><br>**ORDER REGARDING SETTLEMENT AGREEMENTS** |

    Good cause appearing, IT IS HEREBY ORDERED:

    All parties that have reached agreements in principle at settlement conferences in this matter shall finalize definitive settlement agreements no later than **September 1, 2005,** or SHOW CAUSE why such agreements could not be finalized.

    This order does not extend any deadline previously set by the Court, including any deadline to complete definitive settlement agreements.

    IT IS SO ORDERED.

Dated: August 17, 2005

                                        JOSEPH C. SPERO
                                        United States Magistrate Judge