UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY & COUNTY OF SAN FRANCISCO, | No. C-97-2965 MMC (JCS) |
| Plaintiff(s), | |
| v. | **ORDER RE NON-PARTY VIAD CORPORATION** |
| ATLANTIC RICHFIELD CO., ET AL., | |
| Defendant(s). | (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

On July 25, 2005, this Court issued an Order requiring the personal appearances of lead trial counsel and their chief executive officers for Defendant Aircraft Services International and Non-Party Viad Corporation at the Further Settlement Conference scheduled for September 7, 2005, at 1:30 p.m., in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. **The Court hereby vacates that part of its Order requiring the attendance of Non-Party Viad Corporation and its counsel at the conference.**

All other provisions of this Court's July 25, 2005 Order and its original "Notice of Settlement Conference and Settlement Conference Order" remain in effect. Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.

IT IS SO ORDERED.

Dated: August 30, 2005

JOSEPH C. SPERO
United States Magistrate Judge