IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>  v.<br><br>ATLANTIC RICHFIELD COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C-97-2965 MMC<br><br>**ORDER DENYING AS MOOT NONPARTY VIAD CORPORATION'S EX PARTE APPLICATION FOR STAY PENDING APPEAL**<br><br>(Docket No. 635) |

    Before the Court is the ex parte motion, filed August 26, 2005 by nonparty Viad Corporation ("Viad"), to stay, pending completion of its appeal to the Ninth Circuit, Magistrate Judge Joseph C. Spero's July 25, 2005 order requiring Viad to appear at a settlement conference on September 7, 2005. In light of Viad's August 30, 2005 withdrawal of its appeal to the Ninth Circuit, and Magistrate Judge Spero's subsequent order vacating the challenged portion of his July 25, 2005 order, Viad's motion is hereby DENIED AS MOOT.

    This order terminates Docket No. 635.

    **IT IS SO ORDERED.**

Dated: August 30, 2005

                                          MAXINE M. CHESNEY
                                          United States District Judge