UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY & COUNTY OF SAN FRANCISCO,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ATLANTIC RICHFIELD CO., ET AL.,<br><br>      Defendant(s).<br>_____/ | No. C-97-2965 MMC (JCS)<br><br>**ORDER TO SHOW CAUSE REGARDING SETTLEMENT AGREEMENTS** |

Good cause appearing, IT IS HEREBY ORDERED:

All parties that have reached agreements in principle at settlement conferences in this matter shall respond to this Court's Order of August 17, 2005, by submitting confidential letters to Chambers. These confidential letters shall NOT be electronically filed with the Clerk.

IT IS SO ORDERED.

Dated: August 31, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge