**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8   CITY & COUNTY OF SAN FRANCISCO,          No. C-97-2965 MMC (JCS)

9              Plaintiff(s),

                                             **ORDER VACATING**
10         v.                                **SETTLEMENT CONFERENCE**

11  ATLANTIC RICHFIELD CO., ET AL.,          **(E-FILING CASE)**

12             Defendant(s).
    _____/
13

14  TO ALL PARTIES AND COUNSEL OF RECORD:

15         IT IS HEREBY ORDERED that the Settlement Conference with Plaintiff and Third-Party

16  Defendant United States of America, previously scheduled for September 8, 2005, at 1:30 p.m., has been

17  VACATED.  The Court will contact the parties to reschedule the Settlement Conference.

18         IT IS SO ORDERED.

19

20  Dated:  August 31, 2005

21                                           _____
                                             JOSEPH C. SPERO
22                                           United States Magistrate Judge

23
24
25
26
27
28