DENNIS J. HERERRA, City Attorney (Bar No. 139669)
ROBERT S. MAERZ, Airport Gen. Counsel (Bar No. 11796)
MELBA YEE, Deputy City Attorney (Bar No. 78664)
CITY AND COUNTY OF SAN FRANCISCO
San Francisco International Airport
San Francisco, California 94128
Telephone: (650) 821-5056
Facsimile: (650) 821-5051

PETER HSIAO (Bar No. 119881)
NANCY L. HAYES (Bar No. 107922)
ROBIN S. STAFFORD (Bar No. 200950)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO


CLIFTON J. MCFARLAND (Bar No. 136940)
REBECCA JUSTICE LAZARUS (Bar No. 227330)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Third-Party Defendant,
AIRPORT GROUP INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY; et al.,<br><br>Defendants. | CASE NO. C-97-2965 MMC<br><br>**STIPULATION BETWEEN PLAINTIFF AND AIRPORT GROUP INTERNATIONAL AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Assigned to: The Honorable Maxine M. Chesney<br>Courtroom 10 |

WHEREAS, the plaintiff City and County of San Francisco and defendant Airport Group International ("the Parties") achieved a tentative settlement in negotiations mediated by Magistrate Judge Spero several months ago;

WHEREAS, the final settlement agreement has been approved at the various corporate levels necessary at Airport Group International and at other third-party organizations;

WHEREAS, outside counsel for Airport Group International executed the settlement agreement on Airport Group International's behalf;

WHEREAS, efforts are now underway to have the settlement agreement executed by an authorized employee of Airport Group International and counsel for Airport Group International represents that such a signature is expected by December 9, 2005;

NOW, THEREFORE, it is hereby agreed and stipulated by plaintiff City and County and defendant Airport Group International as follows:

1. The Parties stipulate and request that the Court continue the status conference currently calendared for December 5, 2005 until January 16, 2005.

2. The Parties further stipulate and request that the Court order that, should the settlement agreement not be executed by an authorized employee of Airport Group International by or before December 9, 2005, this matter be referred to Magistrate Judge Spero for further proceedings.

DATED: December 1, 2005

DENNIS J. HERRERA
ROBERT S. MAERZ
MELBA YEE
CITY AND COUNTY OF SAN FRANCISCO

PETER HSIAO
NANCY L. HAYES
ROBIN S. STAFFORD
MORRISON & FOERSTER LLP

By: *Peter Hsiao/cm*
      Peter Hsiao
Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| DATED: December 1, 2005 | CLIFTON J. MCFARLAND<br>REBECCA JUSTICE LAZARUS<br><br>By: _____<br>Clifton J. McFarland<br>Attorneys for Third-Party Defendant<br>Airport Group International |

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that the status conference currently scheduled for December 5, 2005 is continued to January 13, 2006. Should the settlement agreement between the City and AGI not be executed by an authorized employee of Airport Group International by or before December 9, 2005, this matter is referred to Magistrate Judge Spero for further proceedings.

Dated: December 1, 2005

_____
The Honorable Maxine M. Chesney

10910600_1.DOC