UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY & COUNTY OF SAN FRANCISCO,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ATLANTIC RICHFIELD CO., ET AL.,<br><br>       Defendant(s).<br>_____/ | No. C-97-2965 MMC (JCS)<br><br>**ORDER TO SHOW CAUSE** |

       On December 1, 2005, Plaintiff, City and County of San Francisco ("San Francisco"), and Defendant Airport Group International ("AGI") entered into a stipulation (the "Stipulation"). The Stipulation confirmed that a final settlement agreement had been negotiated between San Francisco and AGI, and that the settlement agreement had been approved by AGI. In connection with the settlement, the case was also to be dismissed against Defendant Lockheed Martin Corporation ("Lockheed"). Nonetheless, the settlement agreement had been executed only by outside counsel for AGI (with full authority). Accordingly, the parties agreed that unless a settlement agreement executed by an authorized employee of AGI were delivered to San Francisco on or before December 9, 2005, the matter would be referred to the undersigned. AGI did not deliver a signed settlement agreement by December 9, 2005.

       Good cause appearing, IT IS HEREBY ORDERED that AGI and Lockheed show cause why AGI has not delivered a copy of the settlement agreement signed by an authorized employee of AGI. AGI and Lockheed shall respond to this Order to Show Cause in writing on or before December 30, 2005. In addition, San Francisco, AGI and Lockheed are ORDERED to appear **in person** on **January 6, 2006, at 9:30 a.m.**, through both lead outside trial counsel and an employee of AGI and an employee of Lockheed,

1  each with full authority to settle this case.  The employee of AGI must have full authority to execute a
2  settlement agreement in this case.
3       IT IS SO ORDERED.

5  Dated: December 12, 2005

　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge