**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7   CITY & COUNTY OF SAN FRANCISCO,         No. C-97-2965 MMC (JCS)
8              Plaintiff(s),
                                            **ORDER EXPUNGING ORDER**
9        v.                                 **TO SHOW CAUSE AND**
                                            **VACATING HEARING**
10  ATLANTIC RICHFIELD CO., ET AL.,
11             Defendant(s).                **(E-FILING CASE)**
                                      /
12
13        The Court is in receipt of the Settlement and Release Agreement executed by the president/ chief
14  executive officer of Airport Group International, Inc. ("AGI").  This Court's December 12, 2005 Order to
15  Show Cause is EXPUNGED and the hearing set for January 6, 2006, is VACATED.
16        IT IS SO ORDERED.
17
18  Dated: January 3, 2006
19                                          _____
20                                          JOSEPH C. SPERO
                                            United States Magistrate Judge
21
22
23
24
25
26
27
28