```
 1  DENNIS J. HERERRA, City Attorney (Bar No. 139669)
    ROBERT S. MAERZ, Airport Gen. Counsel (Bar No. 11796)
 2  MELBA YEE, Deputy City Attorney (Bar No. 78664)
    CITY AND COUNTY OF SAN FRANCISCO
 3  San Francisco International Airport
    San Francisco, California 94128
 4  Telephone:  (650) 821-5056
    Facsimile:  (650) 821-5051
 5
    PETER HSIAO (Bar No. 119881)
 6  NANCY L. HAYES (Bar No. 107922)
    ROBIN S. STAFFORD (Bar No. 200950)
 7  MORRISON & FOERSTER LLP
    425 Market Street
 8  San Francisco, California 94105
    Telephone:  (415) 268-7000
 9  Facsimile:  (415) 268-7522

10  Attorneys for Plaintiff
    CITY AND COUNTY OF SAN FRANCISCO
11

12  JOHN J. VERBER (Bar No. 139917)
    BURNHAM & BROWN
13  1901 Harrison Street, 11th Floor
    P.O. Box 119
14  Oakland, CA  94604
15  Telephone:  (510) 444-6800
    Facsimile:  (510) 835-6666
16
    Attorneys for Defendant,
17  SHELL OIL COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY; et al.,<br><br>Defendants. | CASE NO. C-97-2965 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER DEEMING DOCUMENTS FILED UNDER SEAL**<br><br>Assigned to: The Honorable Maxine M. Chesney<br>Courtroom 7 |

---

**STIPULATION AND [PROPOSED] ORDER DEEMING DOCUMENTS FILED UNDER SEAL**
sf-2064006

NOW, THEREFORE, as agreed by counsel to plaintiff City and County of San Francisco and defendant Shell Oil Company ("Shell) (collectively, the "Parties") at the January 13, 2006 Case Management Conference, the Parties hereby agree and stipulate that the Separate Case Management Conference Statement of Shell Oil Company (filed by Shell January 11, 2006), along with the exhibits filed therewith, shall be deemed filed under seal.

IT IS SO STIPULATED.

DATED: January 19, 2006

DENNIS J. HERRERA
ROBERT S. MAERZ
MELBA YEE
CITY AND COUNTY OF SAN FRANCISCO

PETER HSIAO
NANCY L. HAYES
ROBIN S. STAFFORD
MORRISON & FOERSTER LLP

By: /s/ Robin Stafford
    Robin Stafford
Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

DATED: January __, 2006

JOHN J. VERBER
BURNHAM & BROWN

By:_____
    John J. Verber
Attorneys for Defendant Shell Oil Company

1  NOW, THEREFORE, as agreed by counsel to plaintiff City and County of San Francisco and
2  defendant Shell Oil Company ("Shell") (collectively, the "Parties") at the January 13, 2006 Case
3  Management Conference, the Parties hereby agree and stipulate that the Separate Case Management
4  Conference Statement of Shell Oil Company (filed by Shell January 11, 2006), along with the
5  exhibits filed therewith, shall be deemed filed under seal.
6
7  IT IS SO STIPULATED.
8
9  DATED: January ___, 2006
10                                              DENNIS J. HERRERA
                                                ROBERT S. MAERZ
11                                              MELBA YEE
                                                CITY AND COUNTY OF SAN FRANCISCO
12
                                                PETER HSIAO
13                                              NANCY L. HAYES
                                                ROBIN S. STAFFORD
14                                              MORRISON & FOERSTER LLP
15                                              By:_____
16                                                    Robin Stafford
                                                Attorneys for Plaintiff
17                                              CITY AND COUNTY OF SAN FRANCISCO
18
19  DATED: January /8, 2006
                                                JOHN J. VERBER
20                                              BURNHAM & BROWN

21                                              By:_____
                                                      John J. Verber
22                                              Attorneys for Defendant Shell Oil Company
23
24
25
26
27
28

2

sf-2064006    STIPULATION AND [PROPOSED] ORDER DEEMING DOCUMENTS FILED UNDER SEAL

### [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that the Separate Case Management Conference Statement of Shell Oil Company (filed by Shell January 11, 2006) and the exhibits filed therewith (collectively "Shell Statement"), are deemed filed under seal. The Clerk of the Court shall proceed accordingly, and shall so note on all copies of the Shell Statement filed with the Court.

Dated: _____January 20_____, 2006

_____
The Honorable Maxine M. Chesney

STIPULATION AND [PROPOSED] ORDER DEEMING DOCUMENTS FILED UNDER SEAL
sf-2064006