UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY & COUNTY OF SAN FRANCISCO, | No. C-97-2965 MMC (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| ATLANTIC RICHFIELD CO., ET AL., | |
| Defendant(s). | (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference **with Plaintiff and Defendant PS Trading, Inc.** is scheduled for **April 4, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Lead trial counsel shall appear at the Further Settlement Conference with the parties having unlimited authority to negotiate and settle the case.

Updated Settlement Conference Statements shall be LODGED with the undersigned's Chambers (not electronically filed) on or before **March 28, 2006**.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: February 14, 2006

JOSEPH C. SPERO
United States Magistrate Judge