DENNIS J. HERERRA, City Attorney (Bar No. 139669)
ROBERT S. MAERZ, Airport Gen. Counsel (Bar No. 11796)
MELBA YEE, Deputy City Attorney (Bar No. 78664)
CITY AND COUNTY OF SAN FRANCISCO
San Francisco International Airport
San Francisco, California 94128
Telephone: (650) 821-5056
Facsimile: (650) 821-5051

PETER HSIAO (Bar No. 119881)
NANCY L. HAYES (Bar No. 107922)
ROBIN S. STAFFORD (Bar No. 200950)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO


JEFFREY L. FILLERUP (Bar No. 120543)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone: (415) 356.4600
Facsimile: (415) 356-3881

Attorneys for Defendant,
PS TRADING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY; et al.,<br><br>Defendants. | CASE NO. C-97-2965 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FACT DISCOVERY**<br><br>Assigned to: The Honorable Maxine M. Chesney<br>Courtroom 7 |

NOW, THEREFORE, as agreed by counsel to plaintiff City and County of San Francisco ("City") and defendant PS Trading, Inc. ("PST") (collectively the "Parties") at the January 13, 2006 Case Management Conference, and the subsequent agreement between the Parties to accommodate the schedule of PST's witness, and in the belief that this amendment to the pre-trial schedule will not affect any other deadline established by the Court's January 28, 2006 Scheduling Order, the Parties hereby stipulate and agree as follows:

The February 24, 2006 cutoff date for fact discovery shall remain in place, except that:

1. The corporate deposition of PST, which was originally noticed by the City to take place before the February 24, 2006 discovery cutoff date, may take place on March 7, 2006 at the offices of Morrison & Foerster LLP in Los Angeles, and may be continued by stipulation of the parties until the deposition is completed. Any discovery motions in connection with such deposition may be filed after February 24, 2006.

2. PST shall be allowed to submit its supplemental responses to the City's written discovery on or before March 1, 2006, and any discovery motions in connection such written discovery responses may be filed after the February 24, 2006 discovery cutoff date.

IT IS SO STIPULATED.


DATED: February 24, 2006          DENNIS J. HERRERA
                                  ROBERT S. MAERZ
                                  MELBA YEE
                                  CITY AND COUNTY OF SAN FRANCISCO

                                  PETER HSIAO
                                  NANCY L. HAYES
                                  ROBIN S. STAFFORD
                                  MORRISON & FOERSTER LLP

                                       /s/ Robin Stafford
                                  By:_____
                                          Robin Stafford

                                  Attorneys for Plaintiff
                                  CITY AND COUNTY OF SAN FRANCISCO

2
**STIPULATION AND [PROPOSED] ORDER EXTENDING FACT DISCOVERY CUTOFF**
sf-2084547

| | |
|---|---|
| DATED: February 24, 2006 | JEFFREY L. FILLERUP<br>LUCE, FORWARD, HAMILTON & SCRIPPS LLP |

By: /s/ Jeffrey L. Fillerup (as authorized on 02/24/06)
      Jeffrey L. Fillerup

Attorneys for Defendant
PS TRADING, INC.

## ORDER

Based upon the foregoing Stipulation and for good cause shown, IT IS HEREBY ORDERED, as follows:

The February 24, 2006 discovery cutoff date for fact discovery shall remain in place, except that:

1. The corporate deposition of PST, which was originally noticed by the City to take place before the February 24, 2006 discovery cutoff date, may proceed on March 7, 2006 at the offices of Morrison & Foerster LLP in Los Angeles, and may be continued by stipulation of the parties until the deposition is completed. Any discovery motions in connection with such deposition may be filed after the February 24, 2006 discovery cutoff date.

2. PST shall be allowed to submit its supplemental responses to the City's written discovery on or before March 1, 2006, and any discovery motions in connection such written discovery responses may be filed after the February 24, 2006 discovery cutoff date.

Dated: February 27, 2006

By: _____
Hon. Maxine M. Chesney
U.S. District Judge