UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY & COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ATLANTIC RICHFIELD CO., ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C-97-2965 MMC (JCS)<br><br>**ORDER VACATING FURTHER SETTLEMENT CONFERENCE**<br><br>**(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

As Plaintiff and Defendant PS Trading, Inc. have advised the Court that they entered into an agreement, IT IS HEREBY ORDERED that the Further Settlement Conference previously scheduled for April 4, 2006, at 9:30 a.m., has been VACATED.

IT IS SO ORDERED.

Dated:  April 3, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge