UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>                      Plaintiff,<br><br>  v.<br><br>ATLANTIC RICHFIELD COMPANY; et al.,<br><br>                      Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | Case No. C-97-2965 MMC<br><br>**[PROPOSED]** **ORDER GRANTING MOTION FOR GOOD-FAITH SETTLEMENT APPROVAL**<br><br>Date:    June 16, 2006<br>Time:   9:00 a.m.<br>Place:  Courtroom 7, 19th Floor<br><br>Honorable Maxine M. Chesney |

("[PROPOSED]" shown with strikethrough)

[Proposed] Order
(Case No. C-97-2965 MMC)
sf-2128796

1  Having considered the unopposed Motion Of City And County Of San Francisco For Good-Faith
2  Settlement Approval of its settlement with AGI, the Court hereby GRANTS the motion as to
3  good faith in all respects.

6  IT IS SO ORDERED.

8  Dated: June 9, 2006

_____
Hon. Maxine M. Chesney
United State District Court Judge

[Proposed] Order
(Case No. C-97-2965 MMC)
sf-2128796