ALAN BICK (Bar No. 151452)
REBECCA JUSTICE LAZARUS (Bar No. 227330)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
ABick@gibsondunn.com
RJustice@gibsondunn.com

Attorneys for Third-Party Defendant,
AIRPORT GROUP INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO,

Plaintiff,

v.

ATLANTIC RICHFIELD COMPANY; et al.,

Defendants.

CASE NO. 3:97-CV-02965 MMC

**NOTICE OF SUBSTITUTION OF COUNSEL FOR THIRD-PARTY DEFENDANT AIRPORT GROUP INTERNATIONAL AND DEFENDANT LOCKHEED MARTIN CORPORATION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Third-Party Defendant Airport Group International and Defendant Lockheed Martin Corporation hereby substitute Alan Bick of Gibson, Dunn & Crutcher LLP as counsel of record in the above-captioned matter effective June 13, 2006. Mr. Bick's offices are located at **Jamboree Center, 4 Park Plaza, Irvine, CA 92614-8557**. His respective telephone and fax numbers are **(949) 451-4211** and **(949) 475-4620**, and his e-mail address is **ABick@gibsondunn.com**. Mr. Bick accordingly substitutes for Clifton J. McFarland as counsel of record.

Respectfully submitted,

DATED: June 13, 2006

ALAN BICK

By: /s:/ Alan Bick
Alan Bick
Substituting Counsel for Third-Party Defendant Airport Group International and Defendant Lockheed Martin Corporation

GIBSON, DUNN & CRUTCHER LLP
Jamboree Center
4 Park Plaza
Irvine, CA 92614-8557
Telephone: (949) 451-4211
Facsimile: (949) 475-4620
ABick@gibsondunn.com

DATED: June 13, 2006

CLIFTON J. MCFARLAND

By: /s:/ Clifton J. McFarland
Clifton J. McFarland
Withdrawing Counsel for Third-Party Defendant Airport Group International and Defendant Lockheed Martin Corporation

DOWNEY BRAND LLP
555 Capitol Mall, 10th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
CMcFarland@downeybrand.com

Dated: June 13, 2006

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Maxine M. Chesney
NORTHERN DISTRICT OF CALIFORNIA

100022251_1.DOC