IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY, et al.,<br><br>Defendants. | No. C-97-2965 MMC<br><br>**ORDER CONDITIONALLY CLOSING CASE IN BANKRUPTCY** |

On June 21, 2006, the Court received written notice that defendant PS Trading, Inc., the last remaining active defendant in the above-titled action, has filed a voluntary petition for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Southern District of California.[1]  Consequently, the claims against PS Trading, Inc. have been automatically stayed, pursuant to 11 U.S.C. § 362(a).

Accordingly,

IT IS HEREBY ORDERED that the above-titled action is closed for statistical purposes only.  Upon written application by any party, for good cause shown, this case shall be re-opened and restored to the active civil calendar.

**IT IS SO ORDERED.**

Dated: June 21, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] Defendant Northwest Airlines also is in bankruptcy proceedings.